IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 15-cr-00425-RBJ | Date: May 3, 2016 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | Rose Yan | Probation: Michelle Means |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA  **Plaintiff** | *Beth N. Gibson*  *Wayne B. Paugh* |
| v. | |
| 1. YI YU  **Defendant** | *Stacey A. Van Malden (entry of appearance required)* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:30 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [23] Motion to Dismiss Counts is **GRANTED.**

        [28] Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under §3E1.1 is **GRANTED.**

        [29] Government's Motion for Two-Level Downward Departure Pursuant to U.S.S.G. §5K1.1 is **GRANTED.**

**ORDERED:**  Defendant shall be **imprisoned** for **12 months and 1 day** as to Count Three of the Indictment, no term of supervised release.

     **$100.00** Special Assessment fee, to be paid immediately.

     Defendant shall cooperate with ICE on voluntary departure.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 8:53 a.m.        Hearing concluded.        Total time:    00:23